JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| ROBERT A. STEPHENS, | Case No. 12-cv-9527 CAS (JCx) |
|---|---|
| Plaintiff, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | Honorable Christina A. Snyder |
| CAPITAL MANAGEMENT SERVICES, LP, | |
| Defendant. | |

YU | MOHANDESI LLP
1055 W. 7th St., Suite 2150
Los Angeles, CA 90017

Pursuant to the Stipulation of the Parties, and good cause appearing, this action is hereby dismissed with prejudice in its entirety. Each party shall bear its own fees and costs.

DATED: July 3, 2013

_____
The Honorable Christina A. Snyder
United States District Judge